UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEAN MAITE FRANCIS,<br>   Plaintiff,<br>  v.<br>A. DULGOV,<br>   Defendant. | Case No. 24-cv-01140-VC<br><br>**ORDER OF SERVICE AND FOR STATUS CONFERENCE** |

  Ocean Maite Francis, a federal prisoner at Federal Correctional Institution Dublin, brings this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. She states that she is six months pregnant and has been denied meaningful prenatal care in the roughly four months she has spent at the facility. Although the court has not yet had an opportunity to hear a response from prison officials, the allegations are concerning and time-sensitive. Accordingly, an in-person status conference will take place on Thursday, March 21, 2024 at 2:00 p.m. in Courtroom Four.

  Francis likely used the wrong vehicle (namely, a habeas petition) to assert her claim. If so, the error will be excused and the petition will be converted to a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). *See Nettles v. Grounds*, 830 F.3d 922, 935 (9th Cir. 2016) (a court may construe a habeas petition by a prisoner attacking the conditions of their confinement as a civil rights action). This issue will be discussed at the status conference, but for present purposes all involved should assume that Francis's petition will be converted to civil rights complaint and should treat it as such immediately.

  The clerk shall substitute Warden Nancy McKinney as the defendant in this case. The clerk will issue a summons and the United States Marshal will serve, without prepayment of

fees, copies of the complaint (Dkt. No. 1) with attachments, and copies of this order, on Warden McKinney at Federal Correctional Institute Dublin.

The clerk will also electronically serve this order on the United States Department of Justice counsel for Warden McKinney at the following email addresses: (1) [madison.mattioli@usdoj.gov](mailto:madison.mattioli@usdoj.gov); (2) [abbie.cziok@usdoj.gov](mailto:abbie.cziok@usdoj.gov); (3) [mark.smith3@usdoj.gov](mailto:mark.smith3@usdoj.gov); (4) [tim.tatarka@usdoj.gov](mailto:tim.tatarka@usdoj.gov). Counsel for the Warden is ordered to appear at the status conference, and the Warden is ordered to ensure that Francis appears in person.

In light of *California Coalition for Women Prisoners, et. al., v. United States, et. al.*, Case No. 23-cv-4155 YGR, the class action involving sexual abuse and medical mistreatment at the facility, the clerk shall serve this order by email on class counsel at Rosen Bien Galvan & Gunfeld, at [KJanssen@rbgg.com](mailto:KJanssen@rbgg.com) and [lkhabbaz@rbgg.com](mailto:lkhabbaz@rbgg.com).

    IT IS SO ORDERED.

Dated: March 19, 2024

                                                            VINCE CHHABRIA
                                                            United States District Judge