IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

OCEAN MAITE FRANCIS,

    Plaintiff

v.

A. DULGOV,

    Defendant.

CASE NO. 24-CV-01140-VC

[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR REMOTE APPEARANCE

Upon consideration of the Administrative Motion for Remote Appearance filed by the United States of America, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion is GRANTED. Mark Steger Smith and Abbie Nordhagen Cziok may appear remotely at the March 21, 2024 conference.

DATED: \_\_March 20, 2024\_\_\_

_____
HON. VINCE CHHABRIA
United States District Judge