UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEAN MAITE FRANCIS, | Case No.  24-cv-01140-VC |
| Plaintiff, | |
| v. | **ORDER APPOINTING PRO BONO COUNSEL** |
| NANCY MCKINNEY, | |
| Defendant. | |

At today's status conference, Ms. Francis requested appointment of counsel in this matter. The request is granted. The Court appoints Adam Lauridsen, Victor H. Yu, Lauren Kane, Jacquie P. Andreano, and Ellen Watlington of Keker, Van Nest & Peters LLP to represent Ms. Francis. If counsel wishes to meet with Ms. Francis immediately before Monday's 2 p.m. status conference, they can use the courtroom for that, and the Court will direct the Marshal to bring Ms. Francis early. Counsel should email the Courtroom Deputy, Bhavna Sharma, by 11 a.m. Friday to let her know whether, and if so at what time, they would like to meet with Ms. Francis in the courtroom before the hearing.

**IT IS SO ORDERED.**

Dated: March 21, 2024

VINCE CHHABRIA
United States District Judge