UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEAN MAITE FRANCIS,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY MCKINNEY,<br><br>    Defendant. | Case No. 24-cv-01140-VC<br><br>**ORDER FOR STATUS CONFERENCE** |

The Court scheduled a status conference in this case for March 25, 2024, at 2 pm. The Warden is ordered to ensure that Ms. Francis appears in person at that status conference.

**IT IS SO ORDERED.**

Dated: March 22, 2024

VINCE CHHABRIA
United States District Judge