ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6878
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Attorneys for Defendants*

KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
VICTOR H. YU - # 325411
vyu@keker.com
LAUREN S. KANE - # 329375
lkane@keker.com
ELLEN WATLINGTON - # 336422
ewatlington@keker.com
JACQUIE P. ANDREANO - # 338354
jandreano@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
Attorneys for Plaintiff OCEAN MAITE FRANCIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OCEAN MAITE FRANCIS, | ) No. 3:24-CV-01140-VC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| MELISSA RIOS-MARQUES, Western | ) |
| Regional Director, NANCY MCKINNEY, | ) |
| | ) |
| Defendants. | |

Plaintiff Francis Maite Ocean ("Plaintiff") and Defendants hereby stipulate to entry of this Order:

**IT IS HEREBY ORDERED THAT:**

1.      If Plaintiff is transferred to a facility outside the Northern District of California, the Court shall retain jurisdiction over this matter and jurisdiction to enforce or modify this stipulation and [Proposed] Order. Defendants will continue to ensure that Plaintiff has access to legal phone calls if she is transferred to a new facility. Before any transfer is effectuated, the Bureau of Prison's regional medical director shall consult with an OB/GYN who is familiar with Plaintiff's medical file about the safety of the travel. The ultimate decision rests with the Bureau of Prison's regional medical director.[1]

2.      Defendant shall provide Plaintiff with a licensed obstetrician/gynecologist ("Treating OB/GYN").  Defendant shall ensure that Plaintiff receives appointments with the Treating OB/GYN at least once every other week and a female-guard chaperone for those appointments.  If the OB/GYN treating Plaintiff directs for appointments to be held at a higher frequency (*i.e.*, more frequent than biweekly), Defendants shall comply with this direction.  Defendants shall do so for the duration of Plaintiff's pregnancy and extending into the post-partum period for as long as the Treating OB/GYN deems it to be medically necessary. If the Treating OB/GYN finds that it is medically necessary for the Plaintiff to receive care from any other physician (including non-OB/GYN physicians who are specialized in another field) or any other trained medical professional, Defendant shall ensure that Plaintiff has access to those medical professionals for as long as and as frequently as those medical professionals deem to be necessary.

3.      For the duration of Plaintiff's pregnancy, Defendants shall provide Plaintiff with anti-nausea medication to the full extent that such medication is prescribed to Plaintiff by a trained medical professional treating Plaintiff.

4.      Defendants shall provide Plaintiff with nutritional supplements as ordered on March 8, 2024 (extra snacks) and March 27, 2024 (Ensure nutritional supplements), and any other supplemental nutrition directed by the Treating OB/GYN and/or any medical professional treating Plaintiff.

---

[1] In contrast to the remainder of the language in this stipulation, the language of the final two sentences in this paragraph is disputed. It reflects a middle ground between the positions advanced by the parties.

5.      For the duration of Plaintiff's pregnancy, Defendants shall provide Plaintiff with a double mattress.

6.      Defendants shall provide Plaintiff access to a social worker, including those related to her pregnancy and child placement, as well as OB/GYN care, so that Plaintiff can develop a plan of her birth preferences to share with the hospital where she will be giving birth.  The Treating OB/GYN will inform Plaintiff as soon as practicable of the hospital where she will deliver the child. To the extent the OB/GYN treating Plaintiff develops a birthing plan, Defendants shall provide Plaintiff the resources or care specified in the birthing plan necessary to attend to the needs of Plaintiff and her unborn child. Since child placement is the inmate's responsibility, Defendants shall provide opportunities for counseling by institution staff and community social agencies to aid Plaintiff with placement as needed. Defendants will direct the treating OBGYN to place a copy of the birthing plan promptly after its creation into Plaintiff's BOP medical records.

7.      Defendants shall provide Plaintiff with access to a mental health professional to aid in her pregnancy and in the post-partum period. Plaintiff shall receive an evaluation and regular access to a mental health professional. If Plaintiff is transferred to a different facility, she will receive a counseling session within seven days of her transfer. If the mental health professional prescribes any other form of medically necessary care, including but not limited to prescribing medication for Plaintiff, Defendants will ensure that such care is provided. Plaintiff shall have access to this mental health professional for the duration of her pregnancy and extending afterwards for as long as the mental health professional deems to be medically necessary, but with appointments ending no earlier than 12 weeks after pregnancy.

8.      Defendants shall provide Plaintiff regular appointments with a social worker. These weekly appointments shall begin on the first available date after entry of this stipulation. The primary purpose of these session will be to aid Plaintiff in evaluating her postnatal options for her child, and to develop a plan of care for her child. To the extent that Plaintiff's post-natal plan requires her to consult with other social services professionals or organizations, Defendants will make those professionals or organizations available to Plaintiff. If Plaintiff is transferred to a different facility, she will receive a counseling session within seven days of her transfer.

9. Defendants shall provide Plaintiff with testing, monitoring, supplies, and equipment as prescribed or directed by the Treating OB/GYN or any other trained medical professional treating Plaintiff.

10. Defendants shall promptly make all of Plaintiff's medical records available to Plaintiff's counsel. This is an on-going requirement, and all future medical records shall be provided to Plaintiff's counsel promptly after their creation.

11. The Parties shall, upon two business days' notice, meet and confer regarding any disputes relating to the implementation of this stipulation and [Proposed] Order, including any dispute over the contents of Plaintiff's birthing plan. If the Parties cannot resolve such issues through this meet and confer, any Party may apply ex parte to modify or enforce the terms of this Order.

12. This stipulation and [Proposed] Order will stay in effect until the termination of this litigation.

13. Plaintiff's Motion for Temporary Restraining Order (Dkt. 31) is hereby withdrawn.

DATED:      April 4, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Official-Capacity Defendant*

*/s/ Victor H. Yu\**
VICTOR H. YU
LAUREN S. KANE
ELLEN WATLINGTON
JACQUIE P. ANDREANO

*Attorneys for Petitioner/Plaintiff*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION AND [PROPOSED] ORDER
3:24-CV-01140-VC                          4

1

2

3    **IT IS SO ORDERED.**

4

5    Dated: _____April 8_____, 2024

6
                                              Hon. Hon. Vince Chhabria
7                                             United States District Judge
                                              Northern District of California
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28