UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| OCEAN MAITE FRANCIS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY MCKINNEY, et al.,<br><br>Defendants. | Case No. 24-cv-01140-VC (LB)<br><br>**DISCOVERY ORDER**<br><br>Re: ECF No. 63 |

The district judge referred all discovery matters to the undersigned. (Minute Entry – ECF No. 63.) It appears that the dispute about the appropriateness of discovery was resolved at the recent CMC. (ECF Nos. 54, 56, 58, 63.) For future disputes, the parties must comply with the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."

**IT IS SO ORDERED.**

Dated: June 11, 2024

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 24-cv-01140-VC (LB)