UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEAN MAITE FRANCIS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY MCKINNEY, et al.,<br><br>    Defendants. | Case No. 24-cv-01140-VC<br><br>**ORDER DENYING MOTION TO CERTIFY APPEAL AS FRIVOLOUS; STAYING IN PART DISCOVERY ON FTCA CLAIM**<br><br>Dkt. No. 158 |

      It was easy to conclude that the Dublin defendants are not entitled to qualified immunity at the pleading stage. The question whether their interlocutory appeal on qualified immunity grounds is frivolous is a close one. An appeal is only frivolous if the "results are obvious, or the arguments of error are wholly without merit." *In re George*, 322 F.3d 586, 591 (9th Cir. 2003). Ultimately, the Court concludes that the allegations in the complaint—particularly as to the higher-level Dublin defendants—could have included more detail that would have made the case against qualified immunity at the pleading stage even stronger. Accordingly, the motion to certify the appeal as frivolous is denied, and discovery relating to the *Bivens* claims is stayed pending appeal.

      This leads to the issue of whether discovery should be stayed for the FTCA claim, which overlaps substantially with the *Bivens* claims against the individual defendants. Discovery on the FTCA claim is stayed with respect to depositions. It would be unfair to go forward with depositions (whether of the individual officers or other witnesses) until the officers know whether they will be actual defendants in the case. *Cf. Silva v. San Pablo Police Department*, No. 16-CV-04360, 2018 WL 3655706, at *1 (N.D. Cal. Apr. 3, 2018), *aff'd*, 805 F. App'x 482 (9th

Cir. 2020). Document discovery is not stayed. Moving forward on document discovery for the FTCA claim (which needs to occur anyway) would not put the individual officers in the same difficult position of deciding how to handle things. As for interrogatories, the Court encourages the parties to work together productively to move forward with them to the extent doing so would not be unfair to the individual officers. If there is any dispute about the propriety of moving forward with certain interrogatories, all doubts should be resolved in favor of a stay.

**IT IS SO ORDERED.**

Dated: January 31, 2025

_____
VINCE CHHABRIA
United States District Judge